Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

In re:

**Areli G. Leyva**
**Leonel Cataquet-Rivera**
SSN: XXX-XX-3205
SSN: XXX-XX-6024

Debtor(s)

Case No. 09-31073 WTT
Chapter 7

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On November 5, 2010, the Court approved the trustee's final report and proposed distribution.

2. Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:



T:\LeyvaNoticeofPymtSmDividends    1

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 3. | City of South Salt Lake c/o Bonneville Collections | PO Box 150621 Ogden, UT 84415 | $1.22 |
| 4. | Associates of Pathology c/o Bonneville Collections | PO Box 150621 Ogden, UT 84415 | $0.98 |
| 8. | Qwest Corporation Attn: Bankruptcy | 1801 California St Rm 900 Denver, CO 80202 | $3.72 |
| 9. | Complete Recovery Corp | 291 W 5400 S #202 Murray, UT 84107 | $4.40 |

3. These funds are on deposit in Bank of America, account number 4437702003.

4. Checks in the amount of One Dollar and Twenty-Two Cents ($1.22), Ninety-Eight Cents ($0.98), Three Dollars and Seventy-Two Cents ($3.72), and Four Dollars and Forty Cents ($4.40) representing said funds have been made payable to the Clerk, U.S. Bankruptcy Court and are attached hereto.

**DATED** November 8, 2010

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

T\LeyvaNoticeofPymtSmDividends                    2

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111

Areli G. Leyva & Leonel Cataquet-Rivera
3443 South 200 East
Salt Lake City, UT 84115-4503

Laura Ferrin
The Law Offices of Laura Ferrin
9130 S. State Street
Suite 120
Salt Lake City, UT 84070

*/s/ Renee Christensen*

Date: 11/08/10
**DIVIDENDS REMITTED TO THE COURT**
Page:

Case Number 09-31073 - Leyva, Areli G.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **CITY OF SOUTH SALT LAKE**<br>c/o Bonneville Collections<br>PO Box 150621<br>Ogden, UT 84415<br>   acct # 0772 | 000003 | 27.39 | 1.22 |
| **ASSOCIATES OF PATHOLOGY**<br>c/o Bonneville Collections<br>PO Box 150621<br>Ogden, UT 84415<br>   acct # 6719 | 000004 | 21.98 | 0.98 |
| **Qwest Corporation**<br>1801 California St Rm 900<br>Attn: Bankruptcy<br>Denver CO 80202<br>   acct # 0278 | 000008 | 83.86 | 3.72 |
| **Complete Recovery Corporation**<br>291 W. 5400 S. #202<br>Murray, UT 84107<br>   acct # 3244 (unreturned leased Comcast equipment) | 000009 | 99.00 | 4.40 |
| ----------- Remittance Total --------------- | | 232.23 | 10.32 |

Elizabeth R. Loveridge, Trustee